**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
May 07, 2024
Nathan Ochsner, Clerk

In Re:  Richard Anthony Davis

**Debtor(s)**

Case No.: 24–30363

Chapter: 7

### *ORDER CLOSING CASE*

The estate has been fully administered. Therefore, the Court orders:

1. Ronald J Sommers is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 5/7/24

_____
Jeffrey P. Norman
United States Bankruptcy Judge